| AO 10<br>Rev. 1/2018 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2017** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Stout, Alan C. | U.S. Bankruptcy Court Western District of Kentucky | 10/04/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Bankruptcy Judge - Active | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☑ Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

601 W. Broadway
Suite 533
Louisville, KY 40202

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. President | Stout Development Inc. |
| 2. President/Director | Fohs Hall, Inc. |
| 3. Board of Trustees | Murray State University Foundation |
| 4. President | ▨▨▨▨▨. Condominium Association |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1986-2006 | Kentucky Employee Retirement Systems (KERS), No control |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stout, Alan C. | 10/04/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2017 | Kentucky Retirement Systems (Pension) | $53,142.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | NABT | 3/1/2017-3/3/2017 | San Juan Puerto Rico | Attended and presented at Spring Seminar | Food, lodging and airfare |
| 2. | NCBJ | 4/3/2017-4/5/2017 | Washington DC | Legislative Committee Meeting & Meeting at A.O. | Food, lodging and airfare |
| 3. | NCBJ | 4/3/2017 | Washington DC | Legislative Committee | Food, Lodging & airfare |
| 4. | NABT | 9/14/17-9/17/2017 | New Orleans, LA | Presented & attended Seminar | Food, Lodging & airfare |
| 5. | NCBJ | 10/7/2017-10/11/2017 | Las Vegas NV | Attended Annual Cohference | Foo, Lodging & airfare |

| Name of Person Reporting | Date of Report |
|---|---|
| Stout, Alan C. | 10/04/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Farmers Bank & Trust | Line of Credit secured by Commercial Real Estate Mortgage | L |
| 2. | Edward Jones | Loan | K |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stout, Alan C. | 10/04/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | EJ Joint Investment Acct. Fr | | | | | | | | | |
| 2. | a. American Balanced Fund CL A | D | Dividend | M | T | | | | | |
| 3. | b. American Mutual Fund CL A | D | Dividend | M | T | | | | | |
| 4. | c Capital Income Builder Fund CLA | D | Dividend | M | T | | | | | |
| 5. | d. Income Fund of America A | D | Dividend | M | T | | | | | |
| 6. | e Capital World GRW - Mutual Fund | A | Dividend | N | T | Sold | 04/28/17 | J | B | |
| 7. | f Nuveen Ky Muni Bond-Mut fund | A | Dividend | N | T | Sold | 04/28/17 | K | A | |
| 8. | g Washington Mutual Invs - Mutual Fund | A | Dividend | N | T | Sold | 04/28/17 | J | B | |
| 9. | EJ IRA | | | | | | | | | |
| 10. | a. Goldman Sachs - Group Bond | F | Dividend | P1 | T | | | | | |
| 11. | b. Income Fund of America - Mutual Fund | F | Dividend | P1 | T | | | | | |
| 12. | c. Bond Fund of America - Mutual Fund | F | Dividend | P1 | T | | | | | |
| 13. | d Capital Income Builder Fund - Mutual Fund | F | Dividend | P1 | T | | | | | |
| 14. | e. Capital World GRW & Inc Fund - Mutual Fund | F | Dividend | P1 | T | | | | | |
| 15. | f Growth Fund of America - Mutual Fund | F | Dividend | P1 | T | | | | | |
| 16. | g. Investment Co of America - Mutual Fund | F | Dividend | P1 | T | | | | | |
| 17. | h Fundamental Investors Fund | F | Dividend | P1 | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stout, Alan C. | 10/04/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. i American Internation Growth (X) | F | Dividend | P1 | T | | | | | |
| 19. jAMCAP Fund Class A | F | Dividend | P1 | T | | | | | |
| 20. k New World Fund (X) | F | Dividend | P1 | T | | | | | |
| 21. EJ 529 College Savings Plans CAFAX | A | Dividend | J | T | | | | | |
| 22. Amerprise Financial Accts | | | | | | | | | |
| 23. a. RiverSource Universal Life Ins | | None | L | T | | | | | |
| 24. b. SGIIX | C | Dividend | N | T | Buy (add'l) | 12/14/17 | J | | |
| 25. c. REZ | C | Dividend | N | T | Sold (part) | 12/14/17 | K | A | |
| 26. d. PFOAX | A | Dividend | N | T | Sold | 12/14/17 | K | A | |
| 27. e. SPHQ | C | Dividend | N | T | Buy (add'l) | 12/14/17 | J | | |
| 28. f UBVSX | C | Dividend | N | T | Buy (add'l) | 12/14/17 | J | | |
| 29. g. VCSH | A | Dividend | N | T | Sold | 12/14/17 | K | A | |
| 30. h. VEVY | C | Dividend | N | T | Buy | 12/14/17 | J | | changed class (was VETAX) |
| 31. i. HIEMX | C | Dividend | N | T | Buy | 12/14/17 | J | | |
| 32. j USD | C | Dividend | N | T | | | K | | |
| 33. k LSIZX | C | Dividend | N | T | Buy | 12/14/17 | K | | |
| 34. l WACPX | C | Dividend | N | T | Buy | 12/14/17 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stout, Alan C. | 10/04/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. m PIMSX | C | Dividend | N | T | Buy | 12/14/17 | K | | |
| 36. n IYR | C | Dividend | N | T | Buy | 12/14/17 | K | | |
| 37. LFCU - Savings Account | A | Interest | J | T | | | | | |
| 38. Farmers Bancorp (Stock) | E | Dividend | O | T | | | | | |
| 39. FBTC. (CD & Savings) | A | Interest | J | T | | | | | |
| 40. Condo Grand Rivers, Livingston Co. KY | D | Rent | M | W | | | | | |
| 41. Real Estate, Marion, Crittenden Co., KY | B | Rent | M | W | | | | | |
| 42. Marriott Vacation Time Share | | None | K | W | | | | | |
| 43. Stout Development Inc. Stock | | None | J | W | | | | | |
| 44. Real Estate - Benton, Marshall Co., KY | | None | J | W | | | | | |
| 45. Real Estate, Marion, Crittenden Co., KY (subject to Life Est.) | | None | L | W | | | | | |
| 46. Marion Development Group Stock | F | Distribution | M | U | Sold | 05/13/17 | L | F | Charlie Hunt (bought stock |
| 47. Marion Development Group (Note) | E | Int./Div. | K | T | Distributed | 05/13/17 | K | E | Charlie Hunt (bought note) |
| 48. US SAVINGS BONDS | A | Interest | J | W | | | | | |
| 49. Real Estate Jefferson Co. KY | | None | N | W | | | | | |
| 50. | | | | | | | | | |
| 51. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | N =$250,001 - $500,000 |
| | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stout, Alan C. | 10/04/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | | | | | |
| 53. | | | | | | | | | |
| 54. | | | | | | | | | |
| 55. | | | | | | | | | |
| 56. | | | | | | | | | |
| 57. | | | | | | | | | |
| 58. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stout, Alan C. | 10/04/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Alan C. Stout**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544